UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PHILLIP MCKENNA,<br><br>    Plaintiff,<br><br>    v.<br><br>T. CISNEROS, et al.,<br><br>    Defendants. | No.  2:22-cv-1294 KJM CKD P<br><br><br>ORDER |

Plaintiff has filed his second request for an extension of time to file objections to the April 11, 2023, findings and recommendations.  Good cause appearing, the request will be granted.  No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF 57) is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 11, 2023, findings and recommendations.  No further extensions of time will be granted.

3. The June 22, 2023 Findings and Recommendations to dismiss certain claims and defendants based on plaintiff's failure to file a third amended complaint within the time provided (ECF No. 58) are vacated based on plaintiff's request for an extension of time.

4. Plaintiff is once again admonished that failing to file an amended complaint within the extended period of time shall result in a recommendation that certain claims and defendants be

1

1  dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

2  Dated:  June 30, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

10  12/mcke1294.36sec