UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PHILLIP MCKENNA,<br><br>                    Plaintiff,<br><br>          v.<br><br>T. CISNEROS, et al.,<br><br>                    Defendants. | No.  2:22-cv-1294 KJM CKD P<br><br><br>ORDER |

Plaintiff filed a motion for extension of time to file a third amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

  1. Plaintiff's motion for an extension of time (ECF No. 69) is granted; and

  2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint limited to no more than **25 pages** in length.

  3. Plaintiff is reminded that he was only granted leave to amend with respect to the excessive force and failure to protect claims as well as any supplemental state law claim of assault and battery against defendants Cisneros, Leahy, Garcia, Tyler, Coronado, Sayama, Diaz, Brown, Dunn, Valdez and Knudson.

Dated:  November 17, 2023

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/mcke1294.36(2)

1