# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PHILLIP MCKENNA,<br><br>Plaintiff,<br><br>v.<br><br>CISNEROS, *et al.*,<br><br>Defendants. | No.  1:24-cv-00607-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PLAINTIFF'S MOTION FOR COURT ORDER<br><br>(Docs. 80, 82) |

Plaintiff Edward Phillip McKenna is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 28, 2025, plaintiff filed a motion for court order, (Doc. 80), which was construed as a request for preliminary injunctive relief.  (Doc. 82.)  On May 2, 2025, the assigned magistrate judge issued findings and recommendations to deny plaintiff's motion for preliminary injunction.  (*Id.*)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 4.)  No objections have been filed, and the deadline to do so has expired.

///

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1), this Court has conducted a de
2 novo review of the case. Having carefully reviewed the file, the Court concludes that the findings
3 and recommendations are supported by the record and by proper analysis.
4    Accordingly:
5    1.   The findings and recommendations issued on May 2, 2025, (Doc. 82), are adopted
6         in full;
7    2.   Plaintiff's motion for court order, (Doc. 80), is denied; and
8    3.   The matter is referred back to the assigned magistrate judge.

IT IS SO ORDERED.

Dated:   July 22, 2025

UNITED STATES DISTRICT JUDGE

2