# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD PHILLIP MCKENNA,<br><br>Plaintiff,<br><br>v.<br><br>CISNEROS, *et al.*<br><br>Defendants. | No. 1:24-cv-00607-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 84) |

Plaintiff Edward Phillip McKenna is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2025, the assigned magistrate judge screened the third amended complaint and issued findings and recommendations that this action be dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted. Doc. 84. Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 10. No objections were filed, and the deadline to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly:

1. The findings and recommendations issued on November 7, 2025, Doc. 84, are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 28, 2025

_____
UNITED STATES DISTRICT JUDGE

2